# Exhibit 1





# THE TEN COMMANDMENTS

### THE HISTORICAL FOUNDATION OF AMERICAN LAW, MORAL VALUES, AND CODE OF CONDUCT.

And God Spoke All These Words:

I. THOU SHALT HAVE NO OTHER GODS BEFORE ME

II. THOU SHALT NOT MAKE UNTO THEE ANY GRAVEN IMAGES

III. THOU SHALT NOT TAKE THE NAME OF THE LORD IN VAIN

IV. REMEMBER THE SABBATH DAY TO KEEP IT HOLY

V. HONOR THY FATHER AND MOTHER

I am the Lord thy God

VI. THOU SHALT NOT KILL

VII. THOU SHALT NOT COMMIT ADULTERY

VIII. THOU SHALT NOT STEAL

IX. THOU SHALT NOT BEAR FALSE WITNESS

X. THOU SHALT NOT COVET

EXODUS 20

Presented By Citizens of Johnson County on the 5th Day of August, 1999.

PUBLIC
TELEPHONE

# Exhibit 2

## POLICY GOVERNING PLACEMENT OF DISPLAYS
## IN THE LOBBY OF THE JOHNSON COUNTY COURTHOUSE

WHEREAS, the Johnson County Commission wishes to acknowledge and commemorate the history and heritage of American law and government in the limited public forum that is the walls of the lobby of the Johnson County Courthouse; and

WHEREAS, the County also deems it of educational value to display historical documents that represent the development of law, the universally-valued principle of equal justice under the law, and the specific function of the Courthouse; and

WHEREAS, Johnson County has historically allowed for citizens and citizen groups to place displays relating to history and heritage of American law and government on the walls in the lobby of the Johnson County Courthouse; and

WHEREAS, there are aesthetic issues surrounding the placement of wall displays and décor in the lobby of the Courthouse; and

WHEREAS, Johnson County Commission recognizes that there is a limited amount of wall space in the lobby of the Johnson County Courthouse, and displays decrease the available open wall space and the visual perception of open space in the building's interior.

Therefore, Johnson County Commission hereby codifies policy and practice regarding placement of displays and plaques in the lobby of the Johnson County Courthouse, as follows:

I.    <u>Process for Placement of Displays in Lobby of Courthouse</u>

A.    Prior to any display being placed in the lobby of the Courthouse, approval must be obtained from the Johnson County Commission.

B.    Requests for placement or offers of donation shall be made by submitting a written proposal to the Johnson County Commission at one of its regularly scheduled meetings.

C.     The proposal should contain a brief description of the proposed item, including dimensions, along with any available description of the proposed placement location.

D.     The Johnson County Commission shall then consider the request within its normal course of business.

II.     Criteria for Placement

Johnson County Commission shall consider the following criteria before accepting offers to place display in the lobby of the Johnson County Courthouse:

A.     The display must directly relate to the development of law, the universally-valued principle of equal justice under the law, the history and heritage of the law of Johnson County, State of Tennessee, or the United States, and/or the specific function of the Courthouse itself.

B.     The display must be donated by the Johnson County citizen, group or civic organization.

C.     The display cannot create any safety hazards.

D.     The display is not obscene, which is defined as "works which, taken as a whole, appeal to the prurient interest in sex, which portray sexual conduct in a patently offensive way, and which, taken as a whole, do not have serious literary, artistic, political, or scientific value." See *Miller v. California*, 413 U.S. 15, 24 (1973).

E.     The message communicated by the display does not constitute fighting words, which are defined as "those words which by their very utterance inflict injury or tend to incite an immediate breach of the peace." See *Chaplinsky v. New Hampshire*, 315 U.S. 568, 572 (1942).

F.     The message communicated by the display is not defamatory.

III.     Additional Considerations

2

A.     If the display meets the above-listed criteria, then a place will be set aside for the display in the lobby of the Johnson County Courthouse in consideration of the proposed location of the item and the aesthetics of the proposed placement, the effect said placement will have on the remaining open space on the public property, any safety issues, and any other visual or practical effects of locating the item on the proposed site.

B.     In no event shall Johnson County  refuse to allow the placement of an item because of the viewpoint of any message communicated by the item.

C.     Based upon the factors listed, Johnson County shall make the final determination as to whether the item shall be accepted and where the item shall be placed.

D.     The provisions of the Policy shall take effect immediately and shall only affect the limited public forum that is the walls of the lobby of the Johnson County Courthouse.

3

# Exhibit 3



THE TEN COMMANDMENTS

THE HISTORICAL FOUNDATION OF AMERICAN LAW,
MORAL VALUES, AND CODE OF CONDUCT.

Liberty Life Property



THE TEN COMMANDMENTS

THE HISTORICAL FOUNDATION OF AMERICAN LAW,
MORAL VALUES, AND CODE OF CONDUCT.

EXODUS 20

I.
THOU SHALT HAVE NO
OTHER GODS

II.
THOU SHALT NOT MAKE UNTO
THEE ANY GRAVEN IMAGES

III.
THOU SHALT NOT TAKE THE
NAME OF THE LORD IN VAIN

IV.
REMEMBER THE SABBATH

V.
HONOR THY FATHER AND
MOTHER

VI.
THOU SHALT NOT
KILL

VII.
THOU SHALT NOT
COMMIT ADULTERY

VIII.
THOU SHALT NOT
STEAL

IX.
THOU SHALT NOT BEAR
FALSE WITNESS

X.
THOU SHALT NOT
COVET

Presented By Citizens of Jackson County on the 16th Day of August, 1999





THE DECLARATION OF INDEPENDENCE
IN CONGRESS, JULY 4, 1776

THE UNANIMOUS DECLARATION OF THE THIRTEEN UNITED STATES OF AMERICA



*Liberty*

*Life*

*Property*







# Exhibit 4

Johnson County Commission.

I offer two framed posters as a donation for display in the limited public forum that is the walls of the lobby of the Johnson County Courthouse.

*Ralph Stewart*
Ralph Stewart
720 T. Snyder Lane
Mountain City, TN

( 4445 )

Plaque "A"
White background with blue border, ___ frame
Dimensions: "x" *Approximately 44" x 28⅝"*

Heading:

(Algerian, 34-point, centered, blue)

ON THE LEGAL HERITAGE OF THE SEPARATION OF CHURCH AND STATE

*Body:*

(BernhardMod BT, 30-point, centered, red)

The Constitution of the United States prohibits government from favoring one religion or disparaging any other.

(Text box, left, red border, Dauphin, 17- and 13-point, justified left, blue)

The Constitution "guarant[ees] religious liberty and equality to 'the infidel, the atheist, or the adherent of a non-Christian faith such as Islam or Judaism,'" and the Establishment Clause "certainly means at the very least that government may not demonstrate . . . a preference for Christianity over other religions."
*U.S. Supreme Court, County of Allegheny v. ACLU, 1989*

(Text box, center, GoudyHandtooled BT, 28- and 16-point, justified left, white on blue background)

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof."
*U.S. Constitution, Amendment I*

(Text box, right, red border, Dauphin, 17- and 13-point, justified left, blue)

"As the Government of the United States of America is not, in any sense, founded on the Christian religion; as it has in itself no character of enmity against the laws, religion, or tranquility, of [Muslims] . . ."
*U.S. Treaty with Tripoli, Article 11, 1787*

(Baskerville Old Face, 30-point, justified left, blue)

The Founding Fathers recognized the wall separating church and state.

(Text box, left, Modern No. 20, 18- and 14-point, justified left, white on red background)

"I contemplate with sovereign reverence that act of the whole American people which declared that their legislature should 'make no law respecting an establishment of religion, or prohibiting the free exercise thereof,' thus building a wall of separation between CHURCH & STATE."
*Thomas Jefferson, Letter to the Danbury, Conn. Baptist Association, 1802*

(Text box, center, blue border, French Script MT, 36- and 20-point, justified left, red)

The Constitution "[s]trongly guard[s] . . . the separation between Religion & Govt."
*James Madison, c. 1817*

(Text box, right, Modern No. 20, 18- and 14-point, justified left, white on red background)

"The notion of a Christian commonwealth should be exploded forever . . . The liberty I contend for is more than toleration. The very idea of toleration is despicable; it supposes that some have a pre-eminence above the rest to grant indulgence, whereas all should be equally free, Jews, Turks, Pagans, and Christians."
*John Leland (Baptist minister and friend of Jefferson), A Chronicle of His Time in Virginia, 1845*

(Vivaldi, 18-point, right-aligned, black)

Presented by Ralph Stewart, patriot and thinking citizen of Johnson County

Plaque "B"
White background with blue border, ___ frame
Dimensions: "x" *Approximately 44"×28⅝"*

*Heading:*

(Algerian, 33-point, centered, red)

## THE TEN COMMANDMENTS ARE NOT THE FOUNDATION OF AMERICAN LAW

*Body:*

(BernhardMod BT, 28-point, centered, blue)

The primary source of American law is the common and statutory law of England, NOT the Bible and NOT Christianity.

(Dauphin, 24-point, centered, red)

America's seminal documents do not even mention the Bible, Christianity, or the Ten Commandments.

(Text box, left, Bodoni MD, 19- and 13-point, justified left, white on blue background)

"[N]o religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."
*U.S. Constitution, Article VI*

(Text box, right, Bodoni MD, 19- and 13-point, justified left, white on blue background)

"Governments are instituted among Men, deriving their just powers from the consent of the governed . . ."
*The Declaration of Independence*

(GoudyHandtooled BT, 24-point, centered, blue)

Many of the Ten Commandments could not be enacted as laws because the Constitution prohibits government from compelling religious belief or action.

(Text box, far left, red border, BernhardFashion BT, 16-point, justified left, black)

*I.  Thou Shalt Have No Other Gods Before Me*

(Text box, center left, red border, BernhardFashion BT, 16-point, justified left, black)

*II. Thou Shalt Not Make Unto Thee Any Graven Images*

(Text box, center right, red border, BernhardFashion BT, 16-point, justified left, black)

*III. Thou Shalt Not Take the Name of the Lord in Vain*

(Text box, far right, red border, BernhardFashion BT, 16-point, justified left, black)

*IV. Remember the Sabbath Day, to Keep It Holy*

(Text box, left, blue border, French Script MT, 28- and 16-point, justified left, red)

"[R]eligious beliefs are absolutely free from the State's control . . ."
*U.S. Supreme Court, Wisconsin v. Yoder, 1972*

(Text box, right, blue border, French Script MT, 28- and 16-point, justified left, red)

"[G]overnment may not coerce anyone to support or participate in religion or its exercise . . ."
*U.S. Supreme Court, Lee v. Weisman, 1992*

(GoudyHandtooled BT, 24-point, centered, blue)

The other commandments—such as "thou shalt not kill" and "thou shalt not steal"—are found in virtually every culture, including non-Judeo-Christian ones.

(Vivaldi, 18-point, right-aligned, black)

Presented by Ralph Stewart, patriot and thinking citizen of Johnson County

# ON THE LEGAL HERITAGE OF THE SEPARATION OF CHURCH AND STATE

## The Constitution of the United States prohibits government from favoring one religion or disparaging any other.

The Constitution "guarantee[es] religious liberty and equality to the infidel, the atheist, or the adherent of a non-Christian faith such as Islam or Judaism," and the Establishment Clause "certainly means at the very least that government may not demonstrate . . . a preference for Christianity over other religions."

*U.S. Supreme Court, County of Allegheny v. ACLU, 1989*

"I contemplate with sovereign reverence that act of the whole American people which declared that their legislature should 'make no law respecting an establishment of religion, or prohibiting the free exercise thereof,' thus building a wall of separation between CHURCH & STATE."

*Thomas Jefferson, Letter to the Danbury, Conn. Baptist Association, 1802*

## The Founding Fathers recognized the wall separating church and state.

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof."

*U.S. Constitution, Amendment I*

*The Constitution* "[s]trongly guard[s] . . . the separation between Religion & Gov't."

*James Madison, c. 1817*

"As the Government of the United States of America is not, in any sense, founded on the Christian religion, as it has in itself no character of enmity against the laws, religion, or tranquility, of [Muslims] . . ."

*U.S. Treaty with Tripoli, Article 11, 1787*

"The notion of a Christian commonwealth should be exploded forever . . . The liberty I contend for is more than toleration. The very idea of toleration is despicable; it supposes that some have a pre-eminence above the rest to grant indulgence, whereas all should be equally free, Jews, Turks, Pagans and Christians."

*John Leland (Baptist minister and friend of Jefferson), A Chronicle of His Time in Virginia, 1845*

*Presented by Ralph Stewart, patriot and thinking citizen of Johnson County*

Case 2:11-cv-00012   Document 1-1   Filed 01/13/11   Page 16 of 73   PageID #: 39

# THE TEN COMMANDMENTS ARE NOT THE FOUNDATION OF AMERICAN LAW

The primary source of American law is the common and statutory law of England,

## NOT the Bible and NOT Christianity.

*America's seminal documents do not even mention the Bible, Christianity, or the Ten Commandments.*

"[N]o religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

*U.S. Constitution, Article VI*

"Governments are instituted among Men, deriving their just powers from the consent of the governed . . ."

*The Declaration of Independence*

Many of the Ten Commandments could not be enacted as laws because the Constitution prohibits government from compelling religious belief or action.



I. Thou Shalt Have No Other Gods Before Me

"Religious beliefs are absolutely free from the State's control . . ."

*U.S. Supreme Court, Wisconsin v. Yoder, 1972*



II. Thou Shalt Not Make Unto Thee Any Graven Images



III. Thou Shalt Not Take the Name of the Lord in Vain

"[G]overnment may not coerce anyone to support or participate in religion or its exercise . . ."

*U.S. Supreme Court, Lee v. Weisman, 1992*



IV. Remember the Sabbath Day, to Keep It Holy

The other commandments—such as "thou shalt not kill" and "thou shalt not steal"—are found in virtually every culture, including non-Judeo-Christian ones.

*Presented by Ralph Ohmart, patriot and thinking citizen of Johnson County*

# Exhibit 5



# Exhibit 6

**BE IT REMEMBERED** that a Regular Session of the County Board of Commissioners

of Johnson County was begun and held in the Town of Mountain City, Tennessee, this

the 16th day of October, 2008, at 7:00 P.M., presiding the Honorable Freddy Phipps,

Chairman of the County Commission, Mike Reece, Sheriff, Tammie C. Fenner, County

Clerk and a quorum of County Commissioners to wit: Bill Adams, Glenn S. Arney, John

S. Brookshire, Cliff Dunn, Lester Dunn, Roby Dunn, Jerry Grindstaff, Jimmy Lowe,

Emily Millsaps, Ronnie Perkins, Freddy Phipps, Larry D. Potter, Jack R. Proffitt,

Kenneth A. Sluder and Dean L. Stout.

## ELECT CHAIRMAN

Motion was made by Bill Adams, seconded by Dean Stout to nominate Freddy Phipps as

Chairman for 2008-2009. There were no other nominations. Upon Roll Call Vote, all

Yes, (Motion Carried). Freddy Phipps was elected Chairman.

## ELECT VICE-CHAIRMAN

Motion was made by John Brookshire, seconded by Larry Potter to nominate Cliff Dunn

as Vice-Chairman for 2008-2009. Motion was made by John Brookshire, seconded by

Lester Dunn for nominations to cease and for Cliff Dunn to be elected by acclamation.

## APPROVE BUDGET AMENDMENTS

Motion was made by Emily Millsaps, seconded by John Brookshire to approve the

presented Budget Amendments. Upon Roll Call Vote, all Yes, (Motion Carried).

## APPROVE NOTARIES (KATHY ANN POOLE, SCOTT L. TEAGUE AND LESLIE ANN TIDWELL)

Motion was made by Bill Adams, seconded by Lester Dunn to approve the presented

Notaries. Upon Show of Hands Vote, all Yes, (Motion Carried).

## COMMISSIONER JACK PROFFITT GAVE A REPORT ON THE RECYCLING AT THE LANDFILL.

## RONNIE PERKINS REPORTED FOR THE PLANNING COMMISSION AND REPORTED ABOUT THEIR RECOMMENDATION TO CHANGE ROAD NAME AT THE CAMPGROUND IN BUTLER TO BAYVIEW DRIVE.

Motion was made by Ronnie Perkins, seconded by Jerry Grindstaff to change this road

name to Bayview Drive. Upon Show of Hands Vote, all Yes, (Motion Carried).

## APPROVE REPORTS

Accounts & Budgets – Report Filed

Airport – Nothing to Report

Emergency Management & Veterans Affairs – Report Filed

Library – Report Filed

Planning Commission – Oral Report by Ronnie Perkins

Road Department – Report Filed

School System – Report Filed

Sheriff's Department – Report Filed

Solid Waste – Report Filed

Trustee – Report Filed

Motion was made by John Brookshire, seconded by Ronnie Perkins to approve these

reports. Upon Show of Hands Vote, all Yes, (Motion Carried).

**AN OVERWHELMING NUMER OF CITIZENS WERE PRESENT TO SHOW THEIR SUPPORT FOR KEEPING THE TEN COMMANDMENTS PLAQUE DISPLAYED ON THE WALL IN THE JOHNSON COUNTY COURTHOUSE. THE COUNTY WAS PRESENTED WITH PETITIONS WITH MORE THAN 9,000 SIGNATURES.**

## APPROVE RESOLUTION FOR "POLICY GOVERNING PLACEMENT OF DISPLAYS IN THE LOBBY OF THE JOHNSON COUNTY COURTHOUSE"

Motion was made by John Brookshire, seconded by Larry Potter to approve this

Resolution. Upon Roll Call Vote, all Yes, (Motion Carried).

**MATT CHAPMAN FROM AFLAC INSURANCE CO. ADDRESSED COMMISSION.**

## APPROVE RESOLUTION IN OPPOSITION TO TENNESSEE PUBLIC CHAPTER NO. 1108

Motion was made by Kenneth Sluder, seconded by Lester Dunn to approve this

Resolution. Upon Show of Hands Vote, all Yes, (Motion Carried).

## APPROVE RESOLUTION REQUESTING THE SPEED LIMIT BE RAISED
## FROM 35 MPH TO 45 MPH ON A PORTION OF HWY. 421 IN SHADY VALLEY

Motion was made by Kenneth Sluder, seconded by John Brookshire to approve this

Resolution. Upon Show of Hands Vote, all Yes, (Motion Carried.)

## ADJOURN

Motion to adjourn this meeting was made by Dean Stout, seconded by Jimmy Lowe.

Freddy Phipps, Chairman
Johnson County Commission

Tammie C. Fenner, County Clerk

# Exhibit 7



Johnson County Historical Display

The Mountain City Rotary Club is honored to be the sponsor of the Johnson County Historical Display. The club was Chartered October 24, 1938 in Johnson County and has been a leader of innovation by offering assistance in helping Johnson County to be a better place to live by our involvements in helping students further their education, contributing by extending help to our senior citizens and helping the less fortunate. The Rotary club is made up of local business men and women who give their time and talents back to our community. Many of the members of the club are leaders in their fields which offer broad and diverse talents.

Our Motto is: Service Above Self.

And as an ethical yardstick we ask of our members the following
Four Way Test:
Of the things we Think, Say or Do:
Is it the TRUTH?
Is it FAIR to all concerned?
Will it build GOODWILL and BETTER FRIENDSHIPS?
Will it be BENEFICIAL to all concerned?

The information found in this booklet is a correlation of several individuals who are not necessarily associated with the Rotary Club, that put forth their thoughts and suggestions which were actual and accurate findings consisting of quotes from our Founding Fathers and messages delivered. The Declaration of Independence, The Constitution with our Bill of Rights and The Ten Commandments which is the Historical Foundation of American Laws, Moral Values and Code of Conduct.

The information in this booklet has been researched and referenced. There is much more information available in the text books in our schools and libraries. We hope you take the opportunity to delve into the matters concerning our Nation and we encourage you to be involved in bettering The United States of America.



## Table of Contents

Introduction ............................................................. 2
The Plaques ............................................................. 4
The Ten Commandments ........................................ 5
The Declaration of Independence .......................... 7
The Constitution ..................................................... 11
The Bill of Rights ................................................... 11
The Bottom Plaque ................................................ 13
The Seven Principles of the Judeo-Christian Ethic ... 14
Historical Quotes ................................................... 19
Presidents of the United States of America and Inaugural Scriptures ... 22
Closing Comments ................................................ 26

For further resources please contact the
Ten Commandment Warriors of Johnson County,
2439 Hwy 421 N., Mountain City, Tennessee, 37683
(423) 727-9816
Web Site: tencommandmentswalk.com

1

**From Biblical Morality to Modern Law**

By Dr. Thomas Peake

Mountain City Presbyterian Church

*"Heaven and earth shall pass away, but My Words shall not pass away."* Matthew 24:35

The union of the Ten Commandments, Declaration of Independence, and excerpts from the United States Constitution in this display, is not intended as a mere symbol of the importance of the three documents. Rather, the purposes are to underscore their profound connectedness and to comply with recent court decisions about the display of religious documents in government buildings.

The spirit of what our community desires to depict in this beautiful display is embodied in the U.S. Supreme Court Building in Washington, D.C. The frescoes which adorn both the north and south walls of the courtroom depict a procession of eighteen famous historical lawgivers: the Egyptian unifier Menes, Hammurabi, Moses, Solomon, Lycurgus, Solon, Draco, Confucius, and the first Roman Emperor Octavian; Justinian, Charlemagne, Mohamed, King John of England, King Louis IX of France, Hugo Grotius, Sir William Blackstone, John Marshall, and even Napoleon. This array of diverse giants of legal history encompasses secular and religious lawmakers and links many different cultures. Current legal regulations in the United States, as measured by decisions by the U.S. Supreme Court and other American courts, require that religious documents such as the Ten Commandments be displayed as part of a historical setting. This practice avoids, the courts have concluded, violation of the First Amendment: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof..."

But our purpose here goes much deeper than compliance, as important as that is. Despite the argument (by many critics of displaying the Ten Commandments in government buildings) that these ancient Mosaic laws are not the only or even principal source of American law, they are indeed one of its fundamental *spiritual*

and *moral* foundations. For more than two centuries historical scholars have taught that the faith of the ancient Hebrews is one of the two most fundamental pillars of Western Civilization. The ancient Greeks provided the rational principles of democracy (including philosophy) and the elementary principles of democracy (including philosophy) and the elementary principles of democracy. Carried forward by the Romans and the early church, the achievements of the Greeks in the areas of rational thought and politics were inextricably bound with medieval and early modern civilization in the West and passed on. The Hebrews contributed the other major seminal tradition in Western culture, namely, *ethical monotheism*. Put simply, they believed in and followed the one and only God, who made moral demands on His children.

Through reformers and creative rulers like those depicted on the frescoes of the U.S. Supreme Court Building, foundational principles and concepts were passed to the modern world. Especially in the West Greco-Roman and Hebrew political thought and jurisprudence were kept alive and adjusted to specific historical settings. Justinian in the Byzantine East and Charlemagne (crowned Emperor in 800 AD) in the Catholic West compiled and codified laws and were forerunners of leaders like King John and Henry II of England, as well as legal scholars like Thomas Aquinas and Hugo Grotius. In 1215 at Runnymede John was forced to accept his own subjection to law and recognize the rights of the barons and the church. Though resisted from time to time, the principle of the law above rulers was permanently imbedded by *Magna Carta* in the western tradition.

Thomas Aquinas (1225-1274), brilliant religious and political analyst, author of *Summa Theologica* and the founder of scholasticism, left lasting marks on western jurisprudence. His four kinds of law (eternal, divine, natural, and human) have affected virtually all modern legal thought and have been applied in practical ways to many historical situations. Dr. Martin Luther King, Jr. cited Aquinas in his "Letter from a Birmingham Jail," in 1963 to show the necessity he felt to disobey and undo unjust laws. Racist laws, King argued, were human laws that were contradicted by eternal, divine and natural law. The first principle

of the natural law is "good is to be done and pursued, and evil avoided." All other legal precepts are based on that premise.

In view of all this, it is not at all surprising that the Founding Fathers of the United States were in diverse ways quite religious in their thinking about what they were doing. As George Washington said, "It is impossible to rightly govern a nation without God and the Bible." John Quincy Adams added, "The highest glory of the American Revolution was this: it connected, in one indissoluble bond, the principles of civil government with the principles of Christianity." Hundreds of other comments by the founders of American constitutionalism and jurisprudence demonstrate similar convictions. To be sure, they represented more than a dozen denominations, but they were committed to the Christian faith for the most part and, in turn to the Judeo-Christian tradition of ethics and morality. They abhorred established religions, but they unquestionably wanted to preserve religious values and faith in the new country they were founding. Even some of the best trained legal scholars miss this salient point. Anxious to "prove" the Ten Commandments were not intended to be laws in any conventional sense and that they were not the foundation for American law, they fail to understand that the greatest influence on American law has been the notion that there are higher laws, as Aquinas and Aristotle before him taught.

Thus, it is not only possible to view the Ten Commandments as a partner with the Declaration of Independence and the Constitution, but it is indispensable. On the west pediment of the Supreme Court Building these illuminating words are engraved: "Equal justice under the law." On the east pediment is "Justice, the guardian of liberty." And from Jesus Christ, "Ye shall know the truth and the truth shall make you free." (John 8:32)

The Top Plaque:

LIBERTY   LIFE   PROPERTY

**THE PLAQUES**

4

The First Plaque:

## The Ten Commandments (Decalogue)

*The Historical Foundation of American Law, Moral Values and Code of Conduct.*

I. Thou shalt have no other gods before me.
II. Thou shalt not make any graven images.
III. Thou shalt not take the name of the Lord in vain.
IV. Remember the Sabbath day, to keep it holy.
V. Honor thou father and mother.
VI. Thou shalt not kill.
VII. Thou shalt not commit adultery.
VIII. Thou shalt not steal.
IX. Thou shalt not bear false witness.
X. Thou shalt not covet.

The above Ten Commandments are a shortened version of the Ten Commandments found in Exodus 20:1-17 King James Version. Below is the full text of the Ten Commandments written on stone tablets by the finger of God and given to Moses on Mount Sinai.

*Exodus 20:1-17*

*And God spake all these words, saying,*

*I am the LORD thy God, which have brought thee out of the land of Egypt, out of the house of bondage.*

*Thou shalt have no other gods before me.*

*Thou shalt not make unto thee any graven image, or any likeness of any thing that is in heaven above, or that is in the earth beneath, or that is in the water under the earth:*

*Thou shalt not bow down thyself to them, nor serve them: for I the LORD thy God am a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth generation of them that hate me;*

*And shewing mercy unto thousands of them that love me, and keep my commandments.*

*Thou shalt not take the name of the LORD thy God in vain; for the LORD will not hold him guiltless that taketh his name in vain.*

5

Remember the sabbath day, to keep it holy.
Six days shalt thou labour, and do all thy work:
But the seventh day is the sabbath of the LORD thy God: in it thou
shalt not do any work, thou, nor thy son, nor thy daughter, thy
manservant, nor thy maidservant, nor thy cattle, nor thy stranger
that is within thy gates:
For in six days the LORD made heaven and earth, the sea, and all
that in them is, and rested the seventh day: wherefore the LORD
blessed the sabbath day, and hallowed it.
Honour thy father and thy mother: that thy days may be long upon
the land which the LORD thy God giveth thee.
Thou shalt not kill.
Thou shalt not commit adultery.
Thou shalt not steal.
Thou shalt not bear false witness against thy neighbour.
Thou shalt not covet thy neighbour's house, thou shalt not covet
thy neighbour's wife, nor his manservant, nor his maidservant, nor
his ox, nor his ass, nor any thing that is thy neighbour's.

King James Version

6

# The Declaration of Independence
## In CONGRESS, July 4, 1776
### The unanimous Declaration of the thirteen united States of America

When in the Course of human Events, it becomes necessary for one People to dissolve the political Bands which have connected them with another, and to assume among the Powers of the Earth, the separate and equal Station to which the Laws of Nature and of Nature's God entitle them, a decent Respect to the Opinions of Mankind requires that they should declare the Causes which impel them to the Separation.

We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. -- That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government becomes destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient Causes; and accordingly all Experience hath shown that Mankind are more disposed to suffer, while Evils are sufferable, than to right themselves by abolishing the Forms to which they are accustomed. But when a long Train of Abuses and Usurpations, pursuing invariably the same Object, evinces a Design to reduce them under absolute Despotism, it is their Right, it is their Duty, to throw off such Government, and to provide new Guards for their future Security. Such has been the patient Sufferance of these Colonies; and such is now the Necessity which constrains them to alter their former Systems of Government. The History of the present King of Great Britain is a History of repeated Injuries and Usurpations, all having in direct Object the Establishment of an absolute Tyranny

7

over these states. To prove this, let Facts be submitted to a candid World.

He has refused his Assent to Laws, the most wholesome and necessary for the public Good. He has forbidden his Governors to pass laws of immediate and pressing importance... He has refused to pass other Laws for the accommodation of large Districts of People, unless those People would relinquish the Right of Representation in the Legislature, a Right inestimable to them, and formidable to TYRANTS only. He has called together Legislative Bodies at Places unusual, uncomfortable, and distant from the Depository of their public Records... He has dissolved Representative Houses repeatedly, for opposing with manly FIRMNESS his Invasions on the Rights of the People. He has refused for a long Time, after such Dissolutions, to cause others to be elected; whereby the Legislative Powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.

He has endeavored to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands. He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers. He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries. He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance. He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures. He has affected to render the Military independent of and superior to the Civil power. He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation: For Quartering large bodies of armed troops among us: For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of

these States: For cutting off our Trade with all parts of the world: For imposing Taxes on us without our Consent: For depriving us in many cases, of the benefits of Trial by Jury: For transporting us beyond Seas to be tried for pretended offences: For abolishing the free System of English Laws in a neighboring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies: For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments: For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated Government here, by declaring us out of his Protection and waging War against us. He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

He is, at this Time, transporting large Armies of *foreign* Mercenaries to complete the works of Death, Desolation and TYRANNY, already begun with Circumstances of Cruelty & Perfidy scarcely paralleled in the most *barbarous* Ages, and *totally* unworthy the Head of a civilized Nation. He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms *against* their Country, to become the Executioners of their friends and Brethren... He has excited Domestic insurrections amongst us... In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by *every* act which may define a TYRANT, is unfit to be the ruler of a FREE PEOPLE! Nor have We been wanting in attentions to our British brethren... We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

We, therefore, the REPRESENTATIVES of the UNITED STATES OF AMERICA, in GENERAL CONGRESS, Assembled, appealing to the SUPREME JUDGE of the World for the *Rectitude* of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be FREE AND INDEPENDENT STATES; that they are Absolved from all Allegiance to the British Crown, and that *all* political Connection between them and the State of Great Britain, is and ought to be *totally* dissolved; and that as FREE AND INDEPENDENT STATES, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do *all* other Acts and Things which Independent States may of Right do. And for the Support of this Declaration, with a *firm* Reliance on the Protection of DIVINE PROVIDENCE, we mutually pledge to each other our LIVES, our FORTUNES and our SACRED HONOR.

-John Hancock (on behalf of CONGRESS)

"The supreme power (of British Parliament) cannot justly take from any man any part of his property, without his consent in the person or by his representative...the natural rights of the Colonists are these: First, a right to life; Secondly, to liberty; Thirdly, to property; together with the right to support and defend them in the best manner they can..."

-Samuel Adams, 1772, known as the "Father of the Revolution"

(All capitalized and italicized words in the photo-copy of the *Declaration of Independence* were in the original and were used at that time for emphasis to stress their points. The words posterity and consanguinity appear in the documents but might not be understood in today's culture. Posterity means 'future generations' and Consanguinity means 'relationship by blood'.)

10

---

## The Third Plague:

## The Constitution

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

Article I: The Legislative Branch

Article II: The Executive Branch

Article III: The Judicial Branch

Article IV: Interstate Relations

Article V: Amending the Constitution

Article VI: Constitutional & National Supremacy

Article VII: Ratifying the Constitution

## The Bill of Rights (The First Ten Amendments)

Amendment I: -Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Amendment II: -A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Amendment III: -No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

Amendment IV: -The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or

11

things to be seized.

Amendment V: –No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Amendment VI: –In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Amendment VII: –In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Amendment VIII: –Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Amendment IX: –The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Amendment X: –The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

1791, the original ten

"We have given you a Republic, if you can keep it."

Benjamin Franklin

## The Bottom Plaque:

This display is to remember and honor the lives of all who came together to establish our great nation. Let there be no doubt of who we were, are, and strive to be... The protection of and provision for Life, Liberty and Property, along with the ability to live out our beliefs in peace, are the pillars that formed the United States of America.

"The Constitution [does not] require complete separation of church and state; it affirmatively mandates accommodation, not mere tolerance, of all religions, and forbids hostility towards any... Anything less would require the 'callous indifference' we have said was never intended by the Establishment Clause...' our national tradition as embodied in the First Amendment's guarantee of the free exercise of religion.'"

–*Lynch v. Donnelly*, Supreme Court, 1984

# The Seven Principles of the Judeo-Christian Ethic
### By Pastor Dwayne Dickson
### First Christian Church, Mountain City

In his Farewell Address in 1796, President George Washington pointed to one of the foundational principles that bound all of our Founding Fathers together. He said:

*Of all the dispositions and habits which lead to political prosperity, religion and morality are indispensible supports. In vain would that man claim the tribute of patriotism who should labor to subvert these great pillars of human happiness—these firmest props of the duties of men and citizens. The mere politician, equally with the pious man, ought to respect and to cherish them.*

All the Founding Fathers and architects of this great nation held this belief in common. The Declaration of Independence, the Constitution, the Bill of Rights and many other founding documents were all by men who had a common viewpoint concerning government, social order, and morality. Although they were from a dozen different denominations as well as deists, the founding fathers had one thing in common. They all viewed the world through the eyes of the Judeo-Christian Ethic, which is a system of morality based upon the Old and New Testaments of the Word of God.

Whether or not all of our Founding Fathers were all Christian is beside the point. Just a cursory glance at the writings of our Founding Fathers will demonstrate that they all believed that the principles of the Judeo-Christian Ethic were the foundation for a civilized nation. As true patriots of this nation, we ought to understand and implement these principles in our own lives today. We have included the principles of the Judeo-Christian Ethic on the following pages. It is our hope that they will help you to evaluate morals by which we live.

## Principle #1 – The Dignity of Human Life

- *Thou shalt not kill.* Exodus 20:13 KJV
- *So God created man in his own image, in the image of God created He him; male and female created He them.* Genesis 1:27 KJV
- *Before I formed thee in the belly I knew thee; and before thou camest forth out of the womb I sanctified thee, and I ordained thee a prophet unto the nations.* Jeremiah 1:5 KJV

The Holy Scriptures plainly teach that all human life is sacred. We are told that God is no respecter of persons (Acts 10:34), And we are to show no partiality (1 Timothy 5:21) when it comes to human rights. All human life is sacred and, as our Founding Fathers said, should be accredited life, liberty and the pursuit of happiness.

If a nation does not respect these rights for both the born and unborn, all other professions of morality and values are meaningless. To be human is to be created in the very image of God and is to be ascribed the dignity that it deserves as such. This principle is not just a Christian principle but is the basic principle all civilized nations must begin with.

## Principle #2 – The Traditional Monogamous Family

- *And Adam said, This is now bone of my bones, and flesh of my flesh: she shall be called Woman, because she was taken out of Man. Therefore shall a man leave his father and his mother, and shall cleave unto his wife; and they shall be one flesh. And they were both naked, the man and his wife, and were not ashamed.* Genesis 2:23-25 KJV
- *Marriage should be honored by all, and the marriage bed kept pure, for God will judge the adulterer and all the sexually immoral.* Hebrews 13:4

The architects of this nation understood that the basic building blocks of a stable society is the traditional family model as described in both the Old and New Testaments. Since Adam and Eve God has declared that he will bless the traditional family made up of one man and one woman for life. It was God's plan that children be raised in a home with one father and one mother who can instill in their children a love for Him. As God's basic building block for a stable society breaks down so will that society. Preserving the traditional family, then, is a vital part of preserving a nation.

# Principle #3 – A National Work Ethic

- *He also that is slothful in his work is brother to him that is a great waster.* Proverbs 18:9 KJV

- *For even when we were with you, this we commanded you, that if any would not work, neither should he eat.* 2 Thessalonians 3:10 KJV

Immigrants that I have spoken to from every nation have all said to me, "I love America! Because In America anything is possible." Ingrained in every American and in any who would become American is the basic belief that all should be given an honest day's wages for an honest day's work. This country was built on the blood and sweat of the early pioneers who carved out this nation from the wilderness. That same pioneer spirit that survives today in their descendants that has enabled this country to establish one of the strongest economies that this world has ever seen.

As a nation we have faced challenges such as the Great Depression as well as the current economic struggles, but we have prevailed because of Biblical principle that all should work.

# Principle #4 – The Right to a God-Centered Education

- *And ye shall teach them your children, speaking of them when thou sittest in thine house, and when thou walkest by the way, when thou liest down, and when thou risest up.* Deuteronomy 11:19 KJV

- *And, ye fathers, provoke not your children to wrath: but bring them up in the nurture and admonition of the Lord.* Ephesians 6:4 KJV

I believe that the Supreme Court states this truth best in their 1952 case of Zorach v. Clauson where they stated:

*We are a religious people and our institutions presuppose a Supreme Being...When the state encourages religious instruction or cooperates with religious authorities by adjusting the schedule of public events to sectarian needs, it follows the best of our traditions. For it then respects the religious nature of our people and accommodates the public services to their spiritual needs.*

The Bible proclaims that the fear of the Lord is the beginning of knowledge and this fact was the impetus that caused our Fore Fathers to created the public school system and the oldest

16

of our universities. The first schools focused on the Bible and Biblical truths. For example: The New England Primer taught the ABC's by having children memorize "A – In Adam's fall, we sinned all. B – Heaven to find, the Bible mind." Ronald Regan, our 40th president, stated this principle well when he said:

*Inside the Bible's pages lie all the answers to all the problems man has ever known...It is my firm belief that the enduring values presented in its pages have a great meaning for each of us and for our nation. The Bible can touch our hearts, order our minds, and refresh our souls.*

# Principle #5 – The Abrahamic Covenant

- *Now the LORD had said unto Abram, Get thee out of thy country, and from thy kindred, and from thy father's house, unto a land that I will shew thee: And I will make of thee a great nation, and I will bless thee, and make thy name great; and thou shalt be a blessing: And I will bless them that bless thee, and curse him that curseth thee: and in thee shall all families of the earth be blessed.* Genesis 12:1-3 KJV

The principle of the Abrahamic Covenant teaches that the nation that follows God and believes God's Word will be blessed by God and in turn will be a blessing to the world. In the past America has sought to live by these principle. Our Pledge of Allegiance states that we are "One Nation Under God." Our national motto proclaims: "In God We Trust." Our service men fight not just to keep freedom free here at home, but to enable other countries to enjoy the freedom that God desires for them.

America has certainly been and remains to be a blessing to the world. As long as we hold on to the promise given to Abraham we will continue to be blessed by God and a blessing to the world.

# Principle #6 – Common Decency

- *He hath shewed thee, O man, what is good; and what doth the LORD require of thee, but to do justly, and to love mercy, and to walk humbly with thy God?* Micah 6:8 KJV

*Jesus replied: "Love the Lord your God with all your heart and with all your soul and with all your mind.' This is the first and greatest commandment. And the second is like it: 'Love your neighbor as yourself.' All the Law and the*

17

*Prophets hang on these two commandments." Matthew 22:37-40 KJV*

Engraved on the base of the Statue of Liberty are the opening words of Emma Lazarus' poem "The New Colossus"; "Give me your tired, your poor, your huddled masses yearning to breat[...] free, the wretched refuse of your teeming shores. Send these, th[...] homeless, tempest-tost to me; I lift my lamp beside the golden door!"

This poem best describes the attitude of the principle of common decency. The principle simply states is that this nation is to be made up of decent people who when put in difficult situati[...] will act in decent, right and honorable ways. It is this principle t[...] has caused us to intervene in world affairs such as World War II, Afghanistan, Kuwait and Iraq. It is this principle that has given r[...] in the United States to such organizations as the Red Cross and Habitat for Humanity.

America has been and continues to be a nation of commo[...] decency that will seek to right the wrongs that evil imposes on th[...] masses of the world.

## Principle #7 – Our Personal Accountability to God

- *But the LORD shall endure for ever: He hath prepared His throne for judgment. And He shall judge the world in righteousness, He shall minister judgment to the people i[...] uprightness. Psalms 9:7-8 KJV*

- *And as it is appointed unto men once to die, but after thi[...] the judgment: Hebrews 9:27 KJV*

Undoubtedly the greatest restraint against acts of evil is the belief that every individual will be held accountable to the Creator on th[...] Day of Judgment. Some 60% of Americans today proclaim a beli[...] in the God of the Bible. A great majority of the remaining 40% follow the tenants of one of the other major religions of the worl[...] The Supreme Court spoke correctly when they said that "we are a religious people." The deeply rooted faith of the people of this great nation enforces the idea that we will be held accountable fo[...] our actions both good and bad.

There is a knowledge in this country that there is and should be a penalty for doing wrong both in this world and in the world t[...]

come. This belief has been the driving impetus for our involvement in world affairs. We did not fight Hitler just to protect our interest, but to extinguish a great evil that threatened the innocent. It is also this knowledge that has caused the U.S. to seek to right some of the great wrongs of the past such as the injustice done to Native Americans and the descendants of those brought here in slavery.

As long as we hold on to this belief that there is a Creator who will hold us accountable for both the wrong that we do and the right that we ignore to do, this nation will continue to fight on the side of freedom and truth.

# Quotations from American President and Other Famous Americans

"It is impossible to rightly govern a nation without God and the Bible."

George Washington, 1789-1797

Of all the dispositions and habits which lead to political prosperity, religion and morality are indispensable supports. In vain would that man claim the tribute of patriotism who should labor to subvert these great pillars of human happiness—these firmest props of the duties of men and citizens.

George Washington 1796

Our Constitution was made only for a moral and religious people. It is wholly inadequate to the government of any other.

John Adams, 1797-1801

I tremble for my country when I reflect that God is just, and that His justice cannot sleep forever.

Thomas Jefferson, 1801-1809

Religion...is the basis and foundation of government...Before any man can be considered as a member of civil society, he must be considered as a subject of the Governor of the Universe.

James Madison, 1809-1817

The highest glory of the American Revolution was this: it connected, in one indissoluble bond, the principles of civil government with the principles of Christianity.

John Quincy Adams, 1825-1829

The Bible is the Rock on which our Republic rests.

Andrew Jackson, 1845

Hold fast to the Bible as the sheet anchor of your liberties. Write its precepts in your heart, and practice them in your lives. To the influence of this book civilization, and to this we must look as our

20

guide in future, righteousness exalteth a nation, but sin is a reproach to any people.

Ulysses S. Grant, 18th President

The choice before us is plain: Christ or chaos, conviction or compromise, discipline or disintegration. I am rather tired of hearing about our rights and privileges as American citizens. The time is come—It is now—when we ought to hear about the duties and responsibilities of our citizenship. America's future depends upon her accepting and demonstrating God's government.

Peter Marshall, Chaplain of the U.S. Senate 1947-1949

Almost all the civil liberty now enjoyed in the world owes its origin to the principles of the Christian religion...The religion which has introduced civil liberty is the religion of Christ and His Apostles, which enjoins humility, piety, and benevolence; which acknowledges in every person a brother, or a sister, and a citizen with equal rights. This is genuine Christianity, and to this we owe our free constitutions of government.

History of the United States
Noah Webster, 1832

Our dangers are of two kinds, those which affect our religion, and those which affect our government. They are, however, so closely allied that they cannot, with propriety be separated. The foundations which support the interest of Christianity, are also necessary to support a free and equal government like our own.

Jebidiah Morse, 1789

I have been driven many times upon my knees by the overwhelming conviction that I had nowhere else to go. My own wisdom, and that of all about me, seemed insufficient for that day.

Abraham Lincoln, 1862

And may He continue to hold us close as we fill the world with our sound—sound in unity, affection, and love—one people under God, dedicated to the dream of freedom that He has placed in the human heart, called upon to pass that dream on to a waiting and hopeful world.

Ronald Regan, January 21, 1985

# Presidents of the United States of America and Inaugural Scriptures

Listed below are the 44 presidents of the United States. Below each name is the Scripture passage their oath of office was taken on if known.

1. George Washington    1789 - 1797
   *Zebulun shall dwell at the haven of the sea; and he shall be for an haven of ships; and his border shall be unto Zidon. Genesis 49:13 KJV*

2. John Adams    1797 - 1801
3. Thomas Jefferson    1801 - 1809
4. James Madison    1809 - 1817
5. James Monroe    1817 - 1825
6. John Q. Adams    1825 - 1829
7. Andrew Jackson    1829 - 1837
8. Martin Van Buren    1837 - 1841
   *Her ways are ways of pleasantness, and all her paths are peace. Proverbs 3:17 KJV*

9. William H. Harrison    1841
   *I will lift up mine eyes unto the hills, from whence cometh my help. My help cometh from the LORD, which made heaven and earth. He will not suffer thy foot to be moved: he that keepeth thee will not slumber. Behold, he that keepeth Israel shall neither slumber nor sleep. The LORD is thy keeper: the LORD is thy shade upon thy right hand. The sun shall not smite thee by day, nor the moon by night. Psalms 121:1-6 KJV*

10. John Tyler    1841 - 1845
11. James K. Polk    1845 - 1849
12. Zachary Taylor    1849 - 1850
13. Millard Fillmore    1850 - 1853
14. Franklin Pierce    1853 - 1857
15. James Buchanan    1857 - 1861
16. Abraham Lincoln    1861 - 1865
    *Judge not, that ye be not judged. Matthew 7:1 KJV*
    *Woe unto the world because of offences! For it must needs be that offences come; but woe to that man by whom the offence cometh! Matthew 18:7 KJV*
    *And the seventh angel poured out his vial into the air; and there came a great voice out of the temple of heaven, from the throne, saying, It is done. Revelation 16:20 KJV*

17. Andrew Johnson    1865 - 1869
    *The king's heart is in the hand of the LORD, as the rivers of water: he turneth it whithersoever he will. Every way of a man is right in his own*

22

18. Ulysses S. Grant    1869 - 1877
    (Andrew Johnson Continued)
    *eyes: but the LORD pondereth the hearts. To do justice and judgment is more acceptable to the LORD than sacrifice... Proverbs 21 KJV*

    *And there shall come forth a rod out of the stem of Jesse, and a Branch shall grow out of his roots: And the spirit of the LORD shall rest upon him, the spirit of wisdom and understanding, the spirit of counsel and might, the spirit of knowledge and of the fear of the LORD; And shall make him of quick understanding in the fear of the LORD: and he shall not judge after the sight of his eyes, neither reprove after the hearing of his ears. Isaiah 11:1-3 KJV*

19. Rutherford B. Hayes    1877 - 1881
    *They compassed me about; yea, they compassed me about like bees; they are quenched as the fire of thorns: for in the name of the LORD I will destroy them. Thou hast thrust sore at me that I might fall: but the LORD helped me. Psalms 118:11-13KJV*

20. James A. Garfield    1881
    *The king's heart is in the hand of the LORD, as the rivers of water: he turneth it whithersoever he will. Proverbs 21:1KJV*

21. Chester A. Arthur    1881 - 1885
    *In thee, O LORD, do I put my trust: let me never be ashamed: deliver me in thy righteousness. Bow down thine ear to me; deliver me speedily: be thou my strong rock, for an house of defence to save me. For thou art my rock and my fortress; therefore for thy name's sake lead me, and guide me. Psalms 31:1-3 KJV*

22. Grover Cleveland    1885 - 1889
    *They shall bear thee up in their hands, lest thou dash thy foot against a stone. Thou shalt tread upon the lion and adder: the young lion and the dragon shalt thou trample under feet. Because he hath set his love upon me, therefore will I deliver him: I will set him on high, because he hath known my name. He shall call upon me, and I will answer him: I will be with him in trouble; I will deliver him, and honour him. With long life will I satisfy him, and shew him my salvation. Psalms 91:12-16 KJV*

23. Benjamin Harrison    1889 - 1893
    *I will lift up mine eyes unto the hills, from whence cometh my help. My help cometh from the LORD, which made heaven and earth. He will not suffer thy foot to be moved: he that keepeth thee will not slumber. Behold, he that keepeth Israel shall neither slumber nor sleep. The LORD is thy keeper: the LORD is thy shade upon thy right hand. The sun shall not smite thee by day, nor the moon by night. Psalms 121:1-6 KJV*

24. Grover Cleveland    1893 - 1897
    *Psalms 91:12-16 (see above).*

25. William McKinley    1897 - 1901
    *The preparations of the heart in man, and the answer of the tongue, is*

23

William McKinley Continued)

...from the LORD. All the ways of a man are clean in his own eyes; but the LORD weigheth the spirits. Commit thy works unto the LORD, and thy thoughts shall be established... Proverbs 16 KJV

26. Theodore Roosevelt                1901 - 1909
But be ye doers of the word, and not hearers only, deceiving your own selves. For if any be a hearer of the word, and not a doer, he is like unto a man beholding his natural face in a glass. James 1:22-23 KJV

27. William H. Taft                1909 - 1913
Give therefore thy servant an understanding heart to judge thy people, that I may discern between good and bad: for who is able to judge this thy so great a people? And the speech pleased the Lord, that Solomon had asked this thing. And God said unto him, Because thou hast asked this thing, and hast not asked for thyself long life; neither hast asked riches for thyself, nor hast asked the life of thine enemies; but hast asked for thyself understanding to discern judgment. I Kings 3:9-11 KJV

28. Woodrow Wilson                1913 - 1921
(1913) Blessed are the undefiled in the way, who walk in the law of the LORD. Blessed are they that keep his testimonies, and that seek him with the whole heart... Psalms 119 KJV
(1917) God is our refuge and strength, a very present help in trouble. Therefore will not we fear, though the earth be removed, and though the mountains be carried into the midst of the sea; Though the waters thereof roar and be troubled, though the mountains shake with the swelling thereof... Psalms 46 KJV

29. Warren G. Harding                1921 - 1923
He hath shewed thee, O man, what is good; and what doth the LORD require of thee, but to do justly, and to love mercy, and to walk humbly with thy God? Micah 6:8 KJV

30. Calvin Coolidge                1923 - 1929
In the beginning was the Word, and the Word was with God, and the Word was God. The same was in the beginning with God. All things were made by him; and without him was not any thing made that was made. In him was life; and the life was the light of men... John 1 KJV

31. Herbert C. Hoover                1929 - 1933
Where there is no vision, the people perish: but he that keepeth the law, happy is he. Proverbs 29:18 KJV

32. Franklin D. Roosevelt                1933 - 1945
Though I speak with the tongues of men and of angels, and have not charity, I am become as sounding brass, or a tinkling cymbal. I Corinthians 13:1 KJV

33. Harry S. Truman                1945 - 1953
The Beatitudes Matthew 5:3-11
The Ten Commandments Exodus 20:3-17

24

34. Dwight D. Eisenhower                1953 - 1961
(1953) Except the LORD build the house, they labour in vain that build it: except the LORD keep the city, the watchman waketh but in vain. Psalms 127:1 KJV
If my people, which are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways; then will I hear from heaven, and will forgive their sin, and will heal their land. 2 Chronicles 7:14 KJV

35. John F. Kennedy                1961 - 1963
(1957) Blessed is the nation whose God is the LORD: and the people whom he hath chosen for his own inheritance. Psalms 33:12 KJV

36. Lyndon B. Johnson                1963 - 1969
37. Richard M. Nixon                1969 - 1974
And he shall judge among the nations, and shall rebuke many people: and they shall beat their swords into plowshares, and their spears into pruninghooks: nation shall not lift up sword against nation, neither shall they learn war any more. Isaiah 2:4 KJV

38. Gerald R. Ford                1974 - 1977
Trust in the LORD with all thine heart, and lean not unto thine own understanding. In all thy ways acknowledge him, and he shall direct thy paths. Proverbs 3:5-6 KJV

39. James E. Carter Jr.                1977 - 1981
He hath shewed thee, O man, what is good; and what doth the LORD require of thee, but to do justly, and to love mercy, and to walk humbly with thy God? Micah 6:8 KJV

40. Ronald W. Reagan                1981 - 1989
If my people, which are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways; then will I hear from heaven, and will forgive their sin, and will heal their land. 2 Chronicles 7:14 KJV

41. George H.W. Bush                1989 - 1993
The Beatitudes Matthew 5

42. William J. Clinton                1993 - 2001
(1993) For the flesh reap corruption, but he that soweth to his flesh shall of the flesh reap corruption, but he that soweth to the Spirit shall of the Spirit reap life everlasting. Galatians 6:8 KJV
(1997) 2 And they that shall be of thee shall build the old waste places: thou shalt raise up the foundations of many generations; and thou shalt be called, The repairer of the breach, The restorer of paths to dwell in... Isaiah 58:12 KJV

43. George W. Bush                2001 - 2009
44. Barrack H. Obama                2009 - Present

25

14

Though the United States of America was founded on Christian principles, which value Life, Freedom and property ownership, loving your neighbor and living out one's beliefs in peace, to name a few, dark moments in history have occurred. We honor our Native American brethren, that were deceived by the Crown and some of the young country's leaders. We acknowledge the pain and heartache from the losses on both sides, Native Americans and 'white settlers.' Slavery also brought loss and heartache. We acknowledge the great importance and contribution that many of our American brethren, native here and from other countries, have made to our great nation.

Each person is responsible for his own actions. There are times when men or women, with evil intent, have made choices and charmed others into following them; where actions have occurred (and will again) that violated these principles with the consequence being unnecessary bloodshed. When times like these happen, it is in our best interest to acknowledge, reconcile and forgive one another so we can move forward, a stronger Nation.

Resource for the text: Beliles, M. A. & S. K. McDowell (1989). *America's Providential History.* Virginia: Providence Foundation.

The American Patriot's Bible, Dr. Richard G. Lee: General Editor, Thomas Nelson Publishing, 2009.

*Our heartfelt thanks to each and every individual who prayed, took a stand and/or gave monetarily so we could honor our National Heritage at this moment in time. You are now personally tied to these documents and their history. Special Thanks to each citizen, special group and congregation for their monetary support.*

26

# Exhibit 8





# JOHNSON COUNTY HISTORICAL SOCIETY
## "PRESERVING THE PAST FOR THE FUTURE"

P.O. 123
Mountain City, TN 37683

May 21, 2009

Johnson County Mayor
Johnson County Commissioners
222 West Main ST.
Mountain City, TN 37683

Dear Mayor Grayson and Commissioners,

We the members of the Johnson County Historical Society would like to ask permission of this county court to display Johnson County history at the court house. We are willing to display this material in a showcase that is in keeping with the other showcases in the courthouse.
Our goal is to change this display often so that there is always something new "old" displayed of our local history. Our hope is to encourage the residents of Johnson County to support the Historical Society and its local history.

Sincerely,

Kathy Terrill

Emily Millsaps

Co-chairman of
Courthouse history display

Johnson County Historical Society
List of items to be displayed in showcase at Johnson County Courthouse

Old wall telephone

Old time Steam Engine Model

WW I  Dress uniform and Hat

1924 pocket vest camera

1890 tie press

Tobacco (cigar) cutter

Old wooden screw vise

picture of 1892 Johnson County office holders

Police badge and belt of David Henry Nave

1900 Apron and Bonnet

1860 Reader

Tuning Fork

1885 Shaving Kit

1890 Carbide lamp

Liquor Jug 1700-1800

Early American boot knife

Cow bell

school bell

Fluting Iron

Record "Mountain City Blues" recorded 1-21-1913

Old school books

Early 1900's blood pressure cuff

WW I Helmet (Daniel Stout)

1924 fold out Brownie camera

Powder horn and bag

War 1812 bullet pouch

Early American Tools (10-15)

Homespun cloth @ 1835

1800 pocketbook and gloves

1872 Holy Bible

Gentleman's Collar Case

1885 Beaver Hat

1790 Homemade copper handled hammer

1792 Iron, vegetable spoon and green fruit jar

Items related to the Tennessee Bicenntenial

Assorted school books from 1800- 1900's

1924 whiskey bottle

school slate

1792 wash pan

| | |
|---|---|
| Watauga Academy Diploma 1929 | Antique Wood Chest (Allen Jenkins) |
| Old Hand planes | Froe (to rive boards for roofing) |
| Many more assorted tools | Edison Cylinder Phonograph |
| Saddle bags W.A. McQueen | Country doctor kit |
| Assorted Old clothes | 1910 dress and 1930 doll |

We will try to have a theme of items and hope to change these items out quarterly.

There should be enough items to display for at least 1 year. We will come back at that time with a new list.

We appreciate and say Thank You to the county commissioners for their support for the Johnson County Historical Society and this display/.

We hope to have a grand opening before Christmas at your convience.

# Exhibit 9



Exhibit 10

**BE IT REMEMBERED** that a Regular Session of the County Board of Commissioners

of Johnson County was begun and held in the Town of Mountain City, Tennessee, this

the 21st day of May, 2009, at 7:00 P.M., presiding the Honorable Freddy Phipps,

Chairman of the County Commission, Mike Reece, Sheriff, Tammie C. Fenner, County

Clerk and a quorum of County Commissioners to wit: Glenn Arney, Bill Adams, John S.

Brookshire, Cliff Dunn, Lester Dunn, Roby Dunn, Jerry Grindstaff, Ronnie Perkins,

Freddy Phipps, Larry D. Potter, Jack R. Proffitt, Kenneth A. Sluder and Dean L. Stout.

Absent – Jimmy Lowe, Emily Millsaps* (Absent at Roll Call, but arrived late)

## APPROVE BUDGET AMENDMENTS

Motion was made by John Brookshire, seconded by Larry Potter to approve the presented

Budget Amendments. Upon Roll Call Vote, all Yes, (Motion Carried).

## APPROVE NOTARIES (CHARLES E. KEITH, WILLIAM PATTON SWORD)

Motion was made by Bill Adams, seconded by Kenneth Sluder to approve these Notaries.

Upon Show of Hands Vote, All Yes (Motion Carried).

## APPROVE PLANNING COMMISSION RECOMMENDATION OF LAND SWAP ON LAKEVIEW ROAD GIVING .70 ACRES FOR .75 ACRES

Motion was made by Jerry Grindstaff, seconded by Dean Stout to approve this land swap

as recommended by Planning Commission. Upon Roll Call Vote, all Yes, (Motion

Carried).

## APPROVE COUNTY OFFICIAL BONDS (MATTHEW JOHN LEWIS, DEPUTY TAX ASSESSOR, ADAM SCOTT GUINN, DEPUTY SHERIFF, KENNETH LEE HARLESS, DEPUTY SHERIFF & MARK J. GREER, DEPUTY SHERIFF – ALL $10,000.00 BONDS)

Motion was made by Ronnie Perkins, seconded by Lester Dunn to approve these County

Official Bonds. Upon Show of Hands Vote, all Yes (Motion Carried).

## COUNTY COMMISSION AGREED TO GIVE "UNOFFICIAL" OKAY FOR HISTORICAL SOCIETY TO HAVE CABINETS BUILT FOR HISTORICAL DISPLAY FOR COURTHOUSE. OFFICIAL VOTE WILL BE TAKEN AT JUNE, 2009 MEETING.

## APPROVE LAUREL CREEK BRIDGE BID $112,586.00 WITH HOILMAN CONSTRUCTION CO., INC.

Motion was made by John Brookshire, seconded by Lester Dunn to approve this bid.

Upon Roll Call Vote, all Yes, (Motion Carried).

**APPROVE PURCHASING COMMITTEE RECOMMENDATIONS FOR HIGHWAY DEPARTMENT**

Motion was made by Bill Adams, seconded by Emily Millsaps to approve bids for

Highway Dept. (Liquid Asphalt, Hot Mix ($0.55), Stone, Pipe & Guard Rails).  Upon

Show of Hands Vote, All Yes, (Motion Carried).

**APPROVE CONTINUING BUDGET RESOLUTION**

Motion was made by Ronnie Perkins, seconded by John Brookshire to approve this

Resolution.  Upon Show of Hands Vote, all Yes  (Motion Carried).

**APPROVE LEASE OF BUIILDING AT INDUSTRIAL PARK TO OMNI SOURCE INC. (FORMERLY MOUNTAIN CITY AUTO RECYCLERS) 3 YEAR LEASE, $200 PER MONTH FOR USE OF SCALES AT LANDFILL, PAYMENT DUE 1ST OF EACH MONTH, COUNTY MAYOR GIVEN AUTHORITY TO SIGN**

Motion was made by Larry Potter, seconded by Jerry Grindstaff to approve this Lease

with Omni Source, Inc.  Upon Roll Cal Vote, all Yes, (Motion Carried).

**AUTHORIZE COUNTY MAYOR TO TERMINATE LEASE WITH MOUNTAIN CITY AUTO RECYCLERS**

Motion was made by Bill Adams, seconded by Lester Dunn to authorize County Mayor

to terminate this lease.  Upon Show of Hands Vote, all Yes (Motion Carried)

**DOROTHY GRAHAM ADDRESSED COMMISSION CONCERNING REMOVAL OF TREE FROM HER PROPERTY  (NO ACTION TAKEN)**

**ADJOURN**

Motion to adjourn was made by Dean Stout, seconded by Lester Dunn.  Meeting

adjourned.

Freddy Phipps, Chairman
Johnson County Commission

Tammie C. Fenner, County Clerk

# Exhibit 11

# JOHNSON COUNTY GOVERNMENT

### Dick Grayson, County Mayor
222 West Main Street
Mountain City, TN 37683
Phone (423) 727-9696

z



March 18, 2010

To: Bill Adams, Glenn S. Arney, John S. Brookshire, Clifton C. Dunn, Lester R. Dunn, Roby B. Dunn, Robert G. "Jerry" Grindstaff, Jimmy Lowe, Emily G. Millsaps, Ronnie Perkins, Freddy Phipps, Larry D. Potter, Jack R. Proffitt, Kenneth A. Sluder and Dean L. Stout, **Commissioners of Johnson County Tennessee.**

JOHNSON COUNTY COMMISSION WILL MEET THURSDAY, MARCH 18, 2010, AT 7:00 P.M. THE MEETING WILL BE HELD IN THE UPPER COURTROOM OF THE JOHNSON COUNTY COURTHOUSE, 222 WEST MAIN STREET, MOUNTAIN CITY, TENNESSEE.

**AGENDA:**

1. Budget Amendments
2. Approve Notaries
3. Committees Reports
4. Jeff Kelly to Address Commission Concerning $12.50 Defender User Fee (Rescheduled from February)
5. Approve 5-year Extension of Present Solid Waste Contract with Waste Management, Inc.

ADDENDUM:

6. Consideration of Resolution to Oppose SB2938/HB3590
7. Linda Moon to Address Commission on Placement of New Picture on Courthouse Wall.

**1**

**BE IT REMEMBERED** that a Regular Session of the County Board of Commissioners of Johnson County was begun and held in the Town of Mountain City, Tennessee, this the 18th day of March, 2010 at 7:00 P.M., presiding the Honorable Freddy Phipps, Chairman of the County Commission, Mike Reece, Sheriff, Tammie C. Fenner, County Clerk and a quorum of County Commissioners to wit: Bill Adams, Glen Arney, John S. Brookshire, Cliff Dunn, Lester Dunn, Roby Dunn, Jimmy Lowe, Emily Millsaps, Freddy Phipps, Larry D. Potter, Jack R. Proffitt, Kenneth Sluder and Dean Stout. Absent – Jerry Grindstaff & Ronnie Perkins.

## APPROVE BUDGET AMENDMENTS

Motion was made by John Brookshire, seconded by Kenneth Sluder to approve the presented Budget Amendments. Upon Roll Call Vote, all Yes, (Motion Carried).

## APPROVE NOTARIES ( CRISTINA DE BARTOLOMEO, ELIZABETH M. WILSON, DONNA ELAINE BURGESS, MATTHEW JOHN LEWIS, CAROLYN J. ROBINSON)

Motion was made by Bill Adams, seconded by Emily Millsaps to approve these applications for Notary. Upon Show of Hands Vote, all Yes, (Motion Carried).

## APPROVE LOAN OF $50,000 FROM DEBT SERVICE TO COUNTY ROAD FUND TO PATCH AND REPAIR ROADS, TO BE PAID BACK BY 6/30/10

Motion was made by Jack Proffitt, seconded by Kenneth Sluder to approve this loan to County Road Fund (already approved by Budget Committee). Upon Roll Call Vote, All Yes, (Motion Carried).

## PRESENTATION BY JEFF KELLY TO ADD $12.50 USER FEE TO ALL COURT FINES (INCLUDES SPEEDING TICKETS)

Motion was made by Jack Proffitt, seconded by Glen Arney to **Not** approve this request.

Upon Show of Hands Vote, 10 Yes, 0 – No, and 3 Pass (Motion Carried).

## APPROVE 5 YEAR EXTENSION OF SOLID WASTE CONTRACT WITH WASTE MANAGEMENT, INC. ( $42.10 per ton)

Phipps, Larry D. Potter, Jack R. Proffitt, Kenneth Sluder and Dean Stout. Absent – Jerry Grindstaff & Ronnie Perkins.

## APPROVE BUDGET AMENDMENTS

Motion was made by John Brookshire, seconded by Kenneth Sluder to approve the presented Budget Amendments. Upon Roll Call Vote, all Yes, (Motion Carried).

## APPROVE NOTARIES ( CRISTINA DE BARTOLOMEO, ELIZABETH M. WILSON, DONNA ELAINE BURGESS, MATTHEW JOHN LEWIS, CAROLYN J. ROBINSON)

Motion was made by Bill Adams, seconded by Emily Millsaps to approve these applications for Notary. Upon Show of Hands Vote, all Yes, (Motion Carried).

## APPROVE LOAN OF $50,000 FROM DEBT SERVICE TO COUNTY ROAD FUND TO PATCH AND REPAIR ROADS, TO BE PAID BACK BY 6/30/10

Motion was made by Jack Proffitt, seconded by Kenneth Sluder to approve this loan to County Road Fund (already approved by Budget Committee). Upon Roll Call Vote, All Yes, (Motion Carried).

## PRESENTATION BY JEFF KELLY TO ADD $12.50 USER FEE TO ALL COURT FINES (INCLUDES SPEEDING TICKETS)

Motion was made by Jack Proffitt, seconded by Glen Arney to **Not** approve this request. Upon Show of Hands Vote, 10 Yes, 0 – No, and 3 Pass (Motion Carried).

## APPROVE 5 YEAR EXTENSION OF SOLID WASTE CONTRACT WITH WASTE MANAGEMENT, INC. ( $42.10 per ton)

Motion was made by Cliff Dunn, seconded by Lester Dunn to approve this contract.

Upon Roll Call Vote, all Yes, (Motion Carried)



## PRESENTATION BY LINDA MOON OF NEW PICTURE TO PLACE ON COURTHOUSE WALL

This will be approved in 30 days as is the County's policy for placing items on display in Courthouse.

**APPROVE AUGUST 5, 2010 (COUNTY ELECTION DAY) AS HOLIDAY FOR ALL COUNTY EMPLOYEES**

Motion was made by Larry Potter, seconded by John Brookshire to approve this holiday.

Upon Show of Hands Vote, all Yes, (Motion Carried).

**ALLOW COUNTY MAYOR TO NEGOTIATE A 10 YEAR LEASE ON BUILDING AT COLD SPRINGS (OLD CLINICIENT BUILDING) TO STATE OF TENNESSEE**

Motion was made by Bill Adams, seconded by John Brookshire to approve this lease.

Upon Show of Hands Vote, all Yes, (Motion Carried).

**ADJOURN**

Motion was made by Dean Stout, seconded by Jimmy Lowe to adjourn this meeting.

Upon Show of Hands Vote, all Yes, (Motion Carried).

Freddy Phipps, Chairman
Johnson County Commission

Tammie C. Fenner, County Clerk

# Exhibit 12



Displayed By
Johnson County Farm Bureau Women
County Bird - Golden Finch
County Crop - Corn
County Flower - Day Lily
County Tree - Maple

Designed & Made By
**MRS. RUTH HAWKINS**

2007

# Exhibit 13





Exhibit 14





Exhibit 15



**ALLIANCE DEFENSE FUND**
*Defending Our First Liberty*

29

June 3, 2010

Dick Grayson, County Mayor
222 West Main St.
Mountain City, Tennessee 37683

<u>VIA FAX# 423-727-7047</u>
<u>and U.S. Mail</u>

Re:    Policy Governing Wall Displays in Courthouse

Dear Mayor Grayson:

• I am in receipt of the proposed wall displays submitted by Mr. Ralph Stewart, comprised of two framed posters, one entitled "On the Legal Heritage of the Separation of Church and State" and the other entitled "The Ten Commandments Are Not the Foundation of American Law." In my opinion, these two proposals do not fit the limited public forum established by the Johnson County Commission for the walls of the lobby of the Johnson County Courthouse, and the Commission can properly reject them.

   As a preface to the policy governing the placement of displays in the lobby of the Johnson County Courthouse, it states that "...the County also deems it of educational value to display historical documents that represent the development of law, the universally-valued principle of equal justice under the law, and the specific function of the Courthouse...." The displays referenced later in the "criteria for placement" concern "historical documents." Thus, the forum is only available for replicas or reproductions of historical documents, not hand-made posters setting out political views like that proposed by Mr. Stewart.

   The forum is for historical documents that relate to history and heritage of American law in Johnson County, and is not dedicated for dueling op-ed pieces. This prohibition would be true of any political position, not just those proposed by Mr. Stewart.

   If you have any further questions, or if I can be of further assistance, please let me know.

Sincerely yours,

Nathan W. Kellum

NWK/mk

699 OAKLEAF OFFICE LANE • SUITE 107 • MEMPHIS, TENNESSEE 38117 • PHONE 901-684-5485 FAX 901-684-5499 WEB WWW.TELLADF.ORG

# Exhibit 16

# B.A.D. IDEA NEWS™

### *... the best news and views for*

## *Mountain City and Johnson County, Tennessee*

Volume 4, Issue 25     Monday, June 21, 2010

# Framed Resolution Presented to Shull Family

The June meeting of the Johnson County Commission saw two items of business concluded that were continued from last month.

The first was the presentation of a framed resolution, honoring the years of service given to the county by Earl Shull, to his widow, Louise.

Several members of the Shull family accepted the resolution from Mayor Dick Grayson, who said, "It's the least we could do to show our appreciation on behalf of Johnson County."

The second item of business was a request by Ralph Stewart.

*From last month's meeting: … regarding a display he wished to have added to the county courthouse walls. Stewart read a statement of several pages length in which he re-visited the "Ten Commandments" display issue, explained his view that those commandments have nothing to do with the US Constitution or government, and expressed his position that they enjoy exposure from the display which is unwarranted when seen in the light of views held by others in the county.*

*Stewart indicated he felt the plaques would be best displayed in conjunction with the current Ten Commandments display on the same wall.*

Grayson spoke briefly to the board about Stewart's request. "I consulted legal counsel in Memphis because I wanted to do everything right. Per county standards, I feel Mr. Stewart's documents do not fit the public forum requirements, since they are not



Barely visible in this photo, a double rainbow graced the mountains in Laurel Bloomery last week.
*Photo by Angela Norris*

historical documents. In my opinion, we need to reject this request."

A motion was made and seconded; after a unanimous vote, the request was denied.

Mike Tavalario spoke up on the subject.

"I am proud the county commission stood up on this issue and nipped it in the bud.

"This is a good Christian community that welcomes people who move here. But if you want to attack God, you should leave.

"I would like to volunteer to chair a committee to raise legal funds for the lawsuit I'm sure will come. That's the least I could do for God, since he sent his only Son to us."

The E-911 board has had one vacancy since realignment more than three years ago. At the request of 911 Director Eugene

*contd. on p. 21*

## Rate Increase for Electricity Usage

The TVA recently announced that their Fuel Cost Adjustment (FCA) will change from .198 cents to .403 cents per kilowatt-hour effective July 1, 2010. The average Mountain Electric residential bill will increase by 2.3 % ($2.14 more based on 948 kWh usage).

Industrial rates for TVA are about average in the Southeast, while residential rates remain about 20 percent below the U.S. average.

TVA residential rates are lower because residential customers benefit from TVA's cheapest generation — hydroelectricity — from 29 power-producing dams.

The agency adjusts its wholesale rates each month to reflect the actual costs of fuel and purchased power bought by the federal utility compared with budget expectations.

# ~ Nuts and Bolts ~

By Peter Kelley

### Johnson County Litter Control Officer

If you're passing through Johnson County, or even if you live in the county, you can probably be forgiven for not being aware of the county litter control officer. This isn't an office with a high level of public recognition or one that's descended from some dramatic forebear like Ellliott Ness or Marshal Wyatt Earp. Nevertheless, Johnson County has one, as do all the state's counties and she works hard to keep the county cleaned up.

The Johnson County Litter Control Officer is Sandra Warren, who lives on Johnson Hollow Road with her husband and drives the white 'Litter Control' pickup with the winch in the back that you may see traveling the county's roads. She was selected from among several candidates for the position in May of 2006

*contd. on p. 21*

## HAPPY FATHER'S DAY!

## Nuts & Bolts                    from p. 1

and has been on the job ever since. The appointment is made by the county mayor on the recommendation of the Solid Waste Committee, whose current members are: Jerry Grindstaff, Jimmy Lowe, John Brookshire, Cliff Dunn and Jack Proffitt.

Littering isn't seen as a major problem by many people and certainly isn't seen as a major problem by any of the litterers at all – otherwise they wouldn't be litterers, would they? Be that as it may, the state's "StopLitter" program has put out a small brochure, the cover of which states that, on the average, Tennessee has 5,100 pieces of litter per mile on urban freeways. We don't have a lot of urban freeways in Johnson County but the most casual drive around the county on any roadway will back up the state's position that littering is a major problem. Not only do the state and local governments see it as an issue needing correction, a lot of private individuals and organizations willingly join in to combat it. The Watauga Watershed Alliance is one of the major groups working to clean up the area and has put up the big 'STOPLITTER billboard on Route 421 in Midway to encourage others to control litter as well.

So, how much of a problem is it? According to Warren, during the first year she was on the job, four large roadside dump sites were cleaned up, with the biggest one alone yielding 42 tons of trash. There are still trash sites on the county roads. While they're diminishing, Warren stated that she hauled 6 1/2 tons of trash to the transfer station during just one month recently. Warren deals with roadside trash only on county roads; she says her grant does not allow the use of her resources on city streets, state highways, on private land or on areas such as TVA lands and the lake. The numbers that we see here represent only part of the problem in the county, but even that part is enough to require a lot of time and effort. Besides effort, the job also frequently requires some ingenuity. Warren relates that, some time ago on the steep slope off Waters Branch Road, a large dump site was found and the Northeast Correctional Facility work crews were called in to help. When everyone assembled it became obvious that the crew members would have to use ropes just to get down to the dump. There was no way anyone could come back up carrying trash. A large tub was soon split in half, outfitted with rope handles and lowered to the work site.

As it was filled, it was drawn to the top by Warren's trusty winch, emptied and sent back down again and again until the job was done. Maybe not the high-tech way but it got the trash moved with no one being hurt.

In order to keep the level of litter down, Warren relies on residents to call her about new trash sites. She also patrols the county roads in her pickup when she can. Since that takes up time, she points out that calls are important in allowing her to use that same time more efficiently. She has asked anyone observing a pile of trash to contact her at 291-2261 and leave a message if she isn't able to answer when the call comes in.

Locating the litter is the first priority but then it has to be removed. In many cases, Warren simply gets out her gloves and tools and picks it up for delivery to the transfer station herself. In cases where there is a large deposit of trash, she sometimes gets assistance from Northeast Correctional Facility through the use of inmate labor, as in the Waters Branch site, or from others willing to help out. There are limits to the amount of assistance other departments in the county can provide but, as in most other county or city tasks, a little sharing of the load is not uncommon.

Warren's job, and litter control in Tennessee generally, has been made easier by the introduction of TCA 39-14-5, the Tennessee litter control law passed in 2007. Prior to that, it was difficult to pin responsibility for trash on a particular person, even if the material found had envelopes, forms, or other identifying tags in it. Warren relates one frustrating case in which a clearly identifiable bunch of trash was explained away as having been stolen. The person whose material was among that found in the trash bag was able to claim she had nothing to do with leaving it at the site and therefore it was obvious to her that she'd been robbed of her trash. Warren didn't seem surprised that the "trash robber" has never been apprehended.

Now the law provides that, when charges are brought, the "Judge may infer [that the] item displaying [the] name of person shows that person committed littering." Also the same law allows "Judge to infer that vehicle operator committed littering." in the case of trash tossed out of a vehicle. Last, it provides that "littering ... is punishable under this law ... whether knowingly or negligently" done. As a

*contd. on p. 22*



**SECURITY FINANCE**

**LOAN** and **TAX SERVICE!**

518A South Church St.
Mountain City, TN 37683
423.727.7054

Mon. thru Fri. 8:30 to 5

## Co. Comm.                    from p. 1

Campbell, the board voted to allow Jason Blevins (EMA Director) to fill the vacancy.

The board approved a bid from Mountain View Exxon for county



**Mountain City Care** and **Rehab Center**

*Signature* HEALTHCARE

Now Offering:
Home - Community - Based - Services

919 Medical Park Drive
423.727.7800
Admissions:
Maxi Wilcox, ext. 2026



**RIDGE LOAN COMPANY** and **INCOME TAX SERVICE**

1162 So. Shady Street
Mountain City, TN 37683
423.727.0909

"We like to say yes!"

~ Loans $75 and up ~

**$10 REFERRAL FEE**
Recommend our service to a friend. If we make a personal loan to them, we'll pay you $10 cash

HOME PHONE SERVICE
YEAR ROUND TAX SERVICE

vehicle maintenance, at prices about the same as last year.

Road Superintendent Tony Jennings received approval from the commission to repave Honeysuckle Street for the city at a cost of $27,500.

In addition, Jennings spoke about buying gravel from Virginia.

"We buy the majority of stone from Johnson County," he said, "but sometimes we need a little finer type that we have to get from Virginia. My department isn't buying exclusively from out of state."

Mayor Grayson gave an update on budget work.

"I don't want to be pessimistic," he said, "but there will be shortfalls in our revenue. Luckily, we have a pretty healthy fund balance. I am hopeful that we won't have to lay anyone off. We've curtailed travel for the remainder of the year but there is a van available for necessary trips.

"Our projected tax collection is 90% and I think we will reach that by June 30. Times are tough but all departments are being really conservative.

"I have great confidence in our budget committee."

There will be another budget meeting at 4 p.m. on Monday, June 21.

Exhibit 17



### Story Published on Wednesday, October 22, 2008

Click here to print this story  (Macintosh users, please press Cmd + P on your keyboard to print story.)

## Commissioners take first step to keep Ten Commandments hanging in courthouse

By Angie Gambill



*(Angie Gambill / )*

Emotions ran high at last week's County Court as an estimated 400 people gathered outside the courthouse prior to the meeting. A complaint was registered in September involving the Ten Commandments plaque that hangs in the hallway at the courthouse, and the highly controversial issue has the been the topic of conversation in Johnson County since that time. After some discussion, the commissioners voted unanimously to adopt a resolution that lays the groundwork for the attempt to keep the Ten Commandments plaque, not where it presently hangs in the hallway, but as a part of a historical document display in the lobby of the courthouse.

After attending to other routine issues before the court, Mayor Dick Grayson addressed the commission and the overflow crowd of citizens in attendance concerning the display of the Ten Commandments. He reminded everyone that these meetings are recorded as a matter of public record, and that everyone should be guarded in any statement made as "anything said most certainly can and will be used against you whether it be in the commission or an individual." He went on to say that he would be happy to answer any questions following the meeting and would stay as long as necessary to talk with the public. Grayson also stated, ""It has come to my attention that I haven't shown very much emotion about this. Maybe I haven't ... but personally, I don't think anyone should get on a soap box for any political reason to try to address this issue."

The mayor also brought to attention that if "the worst possible scenario" happens (that being the commission adopted the resolution before the court, an official lawsuit was filed against the county, and the county lost the case) the county would be responsible for court costs and the opposing attorney fees which could easily reach $250,000. Grayson suggested that an account be opened at one of the local banks so donations could be deposited into a fund should this scenario occur. If the county should win the lawsuit, then the money

would not be needed and could be returned with interest.

Grayson reported on correspondence with two legal defense groups, the American Center for Law and Justice (ACLJ) and the Alliance Defense Fund (ADF). " I have tried to do my homework and I've furnished to the commission all the information ... I have. I've also been in frequent contact with the county attorney, and the most recent people I've dealt with is an attorney in Memphis that represents the Alliance Defense Fund. He has given me positive information and they're ready to represent us if necessary." The ADF would defend the county's interests at no charge for their services.

Mayor Grayson read the proposed resolution which states the Johnson County Commission wishes to "acknowledge and commemorate the history and heritage of American law and government" by hanging the Ten Commandments plaque on a larger wall in the lobby of the courthouse that allows space for the display of other historical documents as well. The ADF says that past experience in these cases has proven that adopting this resolution is the best first step for a county wishing to retain a display of the Ten Commandments. Mr. Grayson recommended to Chairman Freddie Phipps that the commission consider this action.

The floor was then opened to the audience for comments. Dwayne Dickson, pastor of the First Christian Church in Mountain City, spoke first. "Mayor, Commissioners. It is my honor to stand before you today to speak to you on the behalf of the ministers of Johnson County. I am not here to tell you what decision you ought to make in this matter of the Ten Commandments, because I believe that those of you that sit here tonight have been brought up with the strong morals that I see so evident in this county. This is a county that has not forgotten the standards that have made this country great.

Abraham Lincoln said in the introduction to his little book of daily devotions, 'I believe I am a humble servant in the hands of our Heavenly Father; I desire that all my works and acts may be according to His will.' I know that many of you would say the same thing about your position of authority in this county and I respect you as such a servant.

"What I would like to do this evening is to bring to your attention a few historical facts that may encourage you in the decision that you are about to make. In the quote from Abraham Lincoln that I just cited, he was stating a truth that all of our founding forefathers believed. A truth stated very plainly in our declaration of independence which says: 'We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness...'

"When we show respect to the Ten Commandments we are showing respect to a document that our founding fathers used to establish the Declaration of Independence, the Constitution and the Bill of Rights. Ken Woodward declared this truth in his article in Newsweek Magazine where he said, 'Now historians are discovering that the Bible, perhaps more than the Constitution, is our founding document.'

"George Washington, our first president said in his inaugural address, the first in our nation's history: 'No people can be bound to acknowledge and adore the invisible hand which conducts the affairs of men more than the people of the United States. Every step, by which they have advanced to the character of an independent nation, seems to have been distinguished by some...providential

agency…We ought to be no less persuaded that the propitious smiles of Heaven, can never be expected on a nation that disregards the eternal rules of order and right, which Heaven itself has ordained.'

"I want you to ask yourself what law our first president was speaking of. Thomas Jefferson, another of our great American presidents, said, 'I have always said, and always will say, that the studious perusal of the sacred volume will make us better citizens.'

"I could go on and on and cite literally hundreds of such references to the historical influence the Ten Commandments had on the founders of this nation. But I know that you are all familiar enough with the history of this great nation to know we have our basis of justice in this country. All you have to do is look at the walls of our Supreme Court. You will find at the very peak and center of the building, Moses holding the Ten Commandments. To each side you will see all the other important law givers throughout history looking towards him. In the very design of that building we have the historical significance of the Ten Commandments proclaimed. All that we are asking is that this county continue to recognize the importance of the Ten Commandments to the judicial system and to the morality of this country.

"I want to mention one other important fact. In 1980 we were forced to remove the Ten Commandments from our classrooms in America. Since then there has been a 560% increase in violent crime, a 419% increase in illegitimate births, the divorce rate has quadrupled, and there has been a drop of almost 80 points in SAT scores. Today, an estimated three million teenagers are problem drinkers, 4,000 children die each year as a result of gun violence, and approximately 250,000 teenager girls have 'legal' abortions each year.

Do these statistics tell us that we are better off today because we have taught our young people to ignore the basis for morality in this country? Would this county be better off choosing to ignore the basis for morality and ethics that this country was founded on?

"I would like to close by giving you the same appeal that Beth Nimmo, the mother of Rachel Joy Scott , who you might remember died at Columbine High School shooting. She said, 'For years now, our children have been fed on a constant diet of violence through television, movies and video games. They have been exposed to an entirely new set of values, which glorify hedonism, sexual promiscuity, and violence as a means of conflict management. Some of our youth have learned these new values well, and are now acting out their frustrations and anger in the most horrible acts of murder and violence…As a mother of a slain child, slaughtered in the tragedy at Columbine High School, I plead for public repentance from our nation's leaders for removing God's influence from our schools. Please, I beg you, do not let my daughter's sacrifice be in vain. I conclude with these immortal words drawn from President Abraham Lincoln's speech at Gettysburg, Pennsylvania, on November 19, 1863, who stated so eloquently: 'It is rather for us to be here dedicated to the great task remaining before us…that from these honored dead we take increased devotion to that cause for which they gave the last full measure of devotion…That we here highly resolve that these dead shall not have died in vain.'

"And I would add. That we are not here to receive any endorsement of religion from this body. The body of Christ has never needed the endorsement of the world. But we desire that this nation and this county continue to be blessed.

And I believe that will only happen if we hold onto the historical significance of Ten Commandments as the moral foundation of this country."

A round of applause from the audience and commissioners followed Dickson's address.

Local businessman and founder of the Ten Commandments Warriors, Scott Teague, then addressed the courtroom.

"All that is necessary for evil to triumph is for good men to do nothing," began Teague. "Looking around this courtroom tonight, I see a lot of good men and women.

"Last month when County Mayor Grayson brought to everyone's attention the complaint that one man was offended by the Ten Commandments being displayed on the Johnson County Courthouse wall, I went home that evening hurt, mad, bewildered, and uncertain what to do. Like you I'm sure, I spent a lot of time that evening trying to decide what to do. So I decided to stand up and do something. The very next day I began to proactively devise a plan utilizing a petition that allows the entire county to voice their concerns and speak up for something that they believe in: the Ten Commandments.

"I contacted my attorney's office in Johnson City that Friday morning and he gave me the language to start a petition. By signing a petition to keep the commandments in the courthouse, the people of Johnson County can look their husbands and wives, their children, their grandchildren, relatives and friends in the eyes and say, 'I did something. I fought to keep the Ten Commandments on the Johnson County Courthouse wall.'

"I stand here tonight representing these citizens of Johnson County who want to keep the commandments on the courthouse wall. The signatures I present here tonight reflect all corners of the county and the center, from Trade to Shady Valley, Laurel Bloomery to Elk Mills, Forge Creek to Butler, Mountain City to Doe Valley, Shouns through Neva and Dry Hill. So you see, it's not just a small area that wants to keep the Ten Commandments on the courthouse wall.

"These Ten Commandments Warriors are making a stand here and now. They're drawing a line in the sand and saying, 'Enough is enough. We're tired of being pushed around by a bunch of ungodly people. It's time we fight for what's ours and what's right.'

As one of our founding fathers, Thomas Jefferson, said, and it applies greatly here tonight, 'Our country is not governed by the majority, but by the majority who participate.' I represent the majority who participated and present to you 9,244 Johnson County signatures who had the opportunity to participate and request that the Ten Commandments, written by the finger of their God, and the plaque they're inscribed upon which was donated by the citizens of Johnson County, stay put in the Johnson County Courthouse."

Applause punctuated Teague's address and a standing ovation followed.

A few others from the audience spoke in favor of keeping the Ten Commandments on display, including an immigrant from Russia, encouraging everyone to stand up for what they believe in, to avoid problems that he faced in his "old country."

No one spoke in favor of removal of the plaque.

Vice-Chairman Cliff Dunn questioned a portion of the proposed resolution, citing concerns that it could cause problems later on. County attorney Bill Cockett responded to his question.

"It does have the potential to cause a problem, but it's in there for a reason. ...It's obvious to everybody here what the will of Johnson County is ... but what we're faced with here is a legal issue. What Cliff is concerned with is the language in this proposed policy that 'in no event shall Johnson County refuse to allow the placement of an item because of the viewpoint or any message communicated by the item.' ... It could cause a problem if someone brought an item that had a viewpoint that we didn't necessarily share. We would, under our own policy, not be allowed to refuse the placement of that item because of its content. So you can use your imagination as to what could come up."

Cockett went on to explain how the Supreme Court has come to its decisions in the past. "It is not necessarily against our Constitution to have the Ten Commandments posted in a courthouse. It has been upheld in certain circumstances. There are other circumstances where it has not been upheld ... The First Amendment says there shall be no establishment of religion. What that means is that the government can't favor one religion over another religion. So in cases where it was determined the Ten Commandments were placed in a courthouse for a religious reason, rather than a secular reason, those cases have been lost," said Cockett. He explains that the outcomes usually hinge on whether the display is religious or historical with other documents hanging with it. "This group knew exactly what they were doing when they put that (language) in there. If we decide Christian displays are all right in the courthouse, but other non-Christian displays are not ... I don't have any doubt that the Supreme Court would say that's illegal." Cockett commented that he sees the Johnson County display as defensible, but there are steps to make it more defensible.

Consensus of the commission was that although adoption of the proposed resolution could possibly bring up new issues, that it was a positive step toward strengthening the case to retain display of the Ten Commandments in the Johnson County Courthouse.

© 2001-08 The Tomahawk All Rights Reserved
This material may not be published, broadcast, rewritten or redistributed.

Terms of Use